UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION                                21 MC 102 (AKH)
----------------------------------------------------X
CARLOS CARDOZO,

        Plaintiff(s),                              **Affidavit of Service**

- against-                                               Civil Action No. :

THE CITY OF NEW YORK, HILLMAN                            07 CIV 5701
ENVIRONMENTAL GROUP, LLC.,                               Judge Hellerstein
TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN,
TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES,
VERIZON COMMUNICATIONS, INC,
VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC.,

        Defendants.
----------------------------------------------------X

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Verizon Communications, Inc., by its designated agent, Nora Bindyal of CT Corporation System, located at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                                        _____
                                        Samuel Frommer

Sworn to before me on this
___ day of July, 2007
_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___