UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION                                          21 MC 102 (AKH)
-------------------------------------------------------X
CARLOS CARDOZO,

                Plaintiff(s),                                     **Affidavit of Service**

   - against-                                                         Civil Action No. :

THE CITY OF NEW YORK, HILLMAN                                 07 CIV 5701
ENVIRONMENTAL GROUP, LLC.,                                    Judge Hellerstein
TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN,
TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES,
VERIZON COMMUNICATIONS, INC,
VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC.,

                Defendants.
-------------------------------------------------------X

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Verizon New York, Inc., by its designated agent, Nora Bindyal of CT Corporation System, located at:

                CT Corporation System
                111 Eighth Avenue, 13th Floor
                New York, New York 10011

                                                  _____
                                                  Samuel Frommer

Sworn to before me on this
24 day of July, 2007
_____
NOTARY PUBLIC

                  BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                       No. 01AR6132940
                  Qualified in Queens County
              Commission Expires August 29, 20__