UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION                                    21 MC 102 (AKH)
-------------------------------------------------------X
CARLOS CARDOZO,

              Plaintiff(s),                              **Affidavit of Service**

     - against-                                            Civil Action No. :

THE CITY OF NEW YORK, HILLMAN                               07 CIV 5701
ENVIRONMENTAL GROUP, LLC.,                                  Judge Hellerstein
TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN,
TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES,
VERIZON COMMUNICATIONS, INC,
VERIZON NEW YORK, INC.,
VERIZON PROPERTIES, INC.,

              Defendants.
-------------------------------------------------------X


     I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

     On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Verizon Properties, Inc., by its designated agent, Nora Bindyal of CT Corporation System, located at:

              CT Corporation System
              111 Eighth Avenue, 13th Floor
              New York, New York 10011

                                              _____
                                              Samuel Frommer

Sworn to before me on this
___ day of July, 2007
_____
NOTARY PUBLIC

           BEATRIZ DOLORES ARANA
        Notary Public, State of New York
              No. 01AR6132940
           Qualified in Queens County
       Commission Expires August 29, 20__