**AFFIDAVIT OF SERVICE**    12/05/2007

SHERIFFS NUMBER: S07006405    DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...    Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO**
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9403<br>CONTROL # 12339 | 28.00 |

**COURT DATA**    ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CV5701    **CAPTION OF CASE**
NAME: CARLOS CARDOZO
     VS HILLMAN ENVIORONMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
NAME: HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
UNION, NJ 07063

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY    ☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 12/20/07    TIME: 10:30
REMARKS:

☐ PERSONALLY DELIVERED    ☒ OFFICER    ☐ MANAGING AGENT    ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    ☐ AGENT AUTHORIZED TO ACCEPT
     ☐ IS IN THE MILITARY    ☐ NOT IN THE MILITARY
PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX: ☒ MALE ☐ FEMALE
SKIN: ☒ WHITE ☐ BLACK ☐ YELLOW ☐ BROWN ☐ RED
HEIGHT: ☐ UNDER 5 FT. ☐ 5.0 - 5.6 FT. ☒ 5.7 - 6.0 FT. ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS. ☐ 100 - 150 LBS. ☒ 151 - 200 LBS. ☐ OVER 200 LBS.
HAIR: ☐ BLACK ☒ BROWN ☐ BLOND ☐ GRAY ☐ RED ☐ WHITE ☒ BALDING
AGE: ☐ 14 - 20 ☐ 21 - 35 ☒ 36 - 50 ☐ 51 - 65 ☐ OVER 65

SWORN AND SUBSCRIBED
BEFORE ME

_Frances D'Anato_      _Stephen Lanzano_
NOTARY PUBLIC      SIGNATURE
     SHERIFF'S OFFICER OF UNION COUNTY
     STATE OF NEW JERSEY