

RECEIVED
MAR 11 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salvatore J. Calabrese, Esq. (5133)
**SAM ROSMARIN, PLLC**
Attorneys for Defendant
HILLMAN ENVIRONMENTAL GROUP, LLC.
11 Martine Avenue, 9th Floor
White Plains, New York 10606
(914) 686-4000 (Dial)
(914) 686-0567 (Fax)

-----------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER      Index No.: 2 MC102 (AKH)
MANHATTAN DISASTER SITE LITIGATION
NEW YORK                             **STIPULATION**
-----------------------------------------------------------X

ALL CASES IN 21 MC 102

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties
hereto as follows:

The cases    HERNAN MUNOZ and EBELLY MUNOZ v. VERIZON, et al, Docket
             Number 07 civ 8722, and

             CARLOS CARDOZO v. VERIZON, et al, Docket Number 07 civ 5701,
             and

             CRISTOBAL YAMASQUI v. VERIZON, et al, Docket Number 07 civ
             8721,

which were filed by plaintiffs in 21 mc 100 are hereby transferred from 21 mc 100 to 21 mc 102
for all purposes.

Dated: White Plains, New York
       January 29, 2008

_____           _____
Salvatore Calabrese, Esq. (5133)    Eric Eleon, Esq.
**SAM ROSMARIN, PLLC**              KIRKLAND & ELLIS, LLP
Attorneys for Defendant             Attorneys for Defendant
HILLMAN ENVIRONMENTAL GROUP, LLC.   VERIZON
11 Martine Avenue, 9th Floor        153 East 53rd Street, 40th Floor
White Plains, New York 10606        New York, New York 10022

So ordered 3/14/08

(914) 686-4000 (Dial)
(914) 686-0567 (Fax)

David L. Kremen, Esq.
OSHMAN & MIRISOLA, LLP
Attorneys for Plaintiffs
42 Broadway, 10th Floor
New York, N.Y. 10004
(212) 233-2100 (Dial)
(212) 954-8656 (Fax)

(212) 446-4800
(212) 446-4900

So Ordered

Hon. Alvin K. Hellerstein